IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED IBRAHIM MOHAMED,<br><br>Plaintiff,<br><br>vs.<br><br>UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services; RENA BITTER, Assistant Secretary, Bureau of Consular Affairs, U.S. Department of State; MARC D. DILLARD, Deputy Chief of Mission, U.S. Embassy in Kenya; and ANTONY BLINKEN, Secretary of the U.S. Department of State;<br><br>Defendants. | 4:24CV3203<br><br>**ORDER** |

1)    The motion to withdraw filed by Joshua L. Goldstein, as counsel of record for Plaintiff (Filing No. 15), is granted.

2)    On or before March 10, 2025, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)    If Plaintiff intends to litigate this case without the assistance of counsel, he may choose to register for electronic filing and notice with PACER pursuant to NECivR Rule 5.1(b), and NEGenR 1.3(b).

4)     The Clerk shall mail a copy of this order to Plaintiff at the address provided by counsel. (See, Filing No. 1 at p. 1):

Mohamed Ibrahim Mohamed  
860 Riverview Drive  
P.O. Box 711  
South Sioux City, NE 68776

Dated this 10th day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson  
United States Magistrate Judge